Rattan Dev S. Dhaliwal, Esq. [SBN 177318]
DHALIWAL LAW GROUP, INC.
2005 De La Cruz Boulevard, Suite 185
Santa Clara, California 95050
Telephone: (408) 988-7722
Facsimile: (408) 988-3345
Email: rattan@attorneydhaliwal.com

Attorney for Debtor
Kulwantbir Singh
Sandhu



**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re:<br><br>Kulwantbir Singh Sandhu<br><br>Debtor. | Chapter 13<br><br>Bankruptcy No.: 17-41777<br><br>**EX PARTE MOTION/APPLICATION TO VACATE ORDER OF DISMISSAL AND REINSTATE THE CASE**<br><br>**Date**: TBD<br>**Time**: TBD<br><br>Honorable Judge Charles Novack |

COMES NOW, debtor herein, Kulwantbir Singh Sandhu ("Debtor"), by and through his counsel, DHALIWAL LAW GROUP, INC., hereby respectfully requests this Court, pursuant to Federal Rule of Civil Procedure 60(b), to Vacate order dismissing the Chapter 13 Bankruptcy case. This motion is based upon the matters set forth herein, the record of the case, review of relevant evidence, and any additional evidence presented at or before the hearing, including the following:

1. On July 10, 2017, Debtor filed a voluntary Chapter 7 petition.

2. On August 24, 2017, Order on the Second Request for Extension was granted that all the missing documents shall be filed no later than September 10, 2017 (Sunday).

3. On September 8, 2017, the debtor filed all the missing paperwork and the chapter 13 plan in good faith and in compliance with the court order. The SCMI and attorney disclosure statement were not uploaded and e-filed because of the bankruptcy program error and not because of debtor's fault.

4. On September 11, 2017, when the debtor received an email from the trustee's office to upload the missing documents at that time the debtor realized that the bankruptcy program failed to upload the SCMI and the attorney disclosure statement, the debtor filed the missing documents.

5. Under Rule 9006 a(c), the SCMI and the attorney disclosure statement was filed timely because the last day to file the missing documents was September 10, 2017, i.e., Sunday, and the debtor timely filed the missing documents the next day, i.e., September 11, 2017.

6. Under Rule 60 (b), this motion should be granted because of the "inadvertence" reason. The non-filing of the SCMI and the disclosure statement occurred inadvertently because of the Bankruptcy program error and through no fault of the debtor.

7. The Motion to dismiss by the Chapter 13 Trustee was filed prematurely at 3:28 PM because the missing documents were filed timely on September 11, 2017 under Rule 9006 (a)(c) and debtor complied with the court order in good faith. In addition, the non-filing of the SCMI and the Attorney compensation disclosure was inadvertently not filed because of the Bankruptcy program error. The debtor is seriously prosecuting this case.

8. When the debtor contacted the attorney, he was facing a substantial financial hardship. This Bankruptcy is complicated not only because of the debtor's business and personal liability issues, but also because there may be some law suits where the debtor may be involved. Debtor's attorney had to spend substantial time to gather the business and personal required information and to go through the documents to complete the chapter 13 schedules. Further, there are potential law suits that the debtor may be involved and the plan computation is based on the outcome of such litigation cases.

9. Debtor desires to vacate the order dismissing the Chapter 13 Bankruptcy to:

**DHALIWAL LAW GROUP, INC.**
2005 DE LA CRUZ BOULEVARD, SUITE 185
SANTA CLARA, CALIFORNIA 95050
TELEPHONE: (408) 988-7722 / FACSIMILE: (408) 988-3345

a. Provide the debtor a fair chance to file the Chapter 13 Bankruptcy and to protect himself from the creditors under Bankruptcy laws because the bankruptcy was filed in good faith.

b. Obtain discharge.

**WHEREFORE,** Debtor respectfully requests, based on the above-mentioned facts, this Court issue an order vacating order of dismissal and reinstating the case because the debtor complied with the court order in good faith and filed the missing schedules in a timely manner. Any non-filing of the schedules occurred through no fault of the debtor. Further, debtor requests this court issue an order vacating order of dismissal and reinstating this case "as is" so that the Debtor seeks protection under Chapter 13 Bankruptcy and obtain discharge.

Dated: September 12, 2017

**DHALIWAL LAW GROUP, INC.**
By: /s/ Rattan Dev S. Dhaliwal
Rattan Dev S. Dhaliwal
Attorney for Debtor.

**DHALIWAL LAW GROUP, INC.**
2005 DE LA CRUZ BOULEVARD, SUITE 185
SANTA CLARA, CALIFORNIA 95050
TELEPHONE: (408) 988-7722 / FACSIMILE: (408) 988-3345